March 26, 2007

Mr. Edward M. Carstarphen
Ellis, Carstarphen, Dougherty & Goldenthal, PC
5847 San Felipe, Suite 1900
Houston, TX 77002
Mr. David J. Schenck
Jones Day
2727 North Harwood Street
Dallas, TX 75201-1515

RE: Case Number: 07-0037
 Court of Appeals Number:
 Trial Court Number:

Style: IN RE OCWEN LOAN SERVICING, LLC MORTGAGE SERVICING LITIGATION

Dear Counsel:

 Today the Multidistrict Litigation Panel delivered the enclosed
opinion in the above-referenced case. Also enclosed is the order issued on
March 1, 2007 granting the motion to transfer and appointing Judge Karen
Johnson of the 95th District Court of Dallas County.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosures
|cc: Multidistrict Litigation | |
|Panel (via email) | |